[No. 4616–1. Division One. June 13, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LE ROY MC DONALD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 73825, W. R. Cole, J., entered April 2, 1976.

*Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, C.J., and Williams, J.